IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHNAE R. HOYT,

        Plaintiff,                    No. CIV S-06-1795 LKK EFB P

    vs.

C/O MANNING, et al.,

        Defendants.          ORDER

                             /

        Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. On August 30, 2006, plaintiff's complaint was dismissed with leave to amend. Plaintiff failed to file an amended complaint and, on December 5, 2006, this court issued findings and recommendations, recommending dismissal of the action for failure to state a claim. On January 5, 2007, plaintiff filed objections to the findings and recommendations, together with an amended complaint. Good cause appearing, the findings and recommendations are vacated.

        The amended complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

        Plaintiff has requested that the court appoint counsel. District courts lack authority to require counsel to represent indigent prisoners in section 1983 cases. *Mallard v. United States*

1

*Dist. Court*, 490 U.S. 296, 298 (1989).  In exceptional circumstances, the court may request counsel voluntarily to represent such a plaintiff.  28 U.S.C. § 1915(e)(1); *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991); *Wood v. Housewright*, 900 F.2d 1332, 1335-36 (9th Cir. 1990). The court finds that there are no exceptional circumstances in this case.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Service is appropriate for the following defendants: Manning, Delgado, Richards, Mapes, Silvera, Hallman, Saculla, Hansen, Sherman, Russell, and Isler.

2. The Clerk of the Court shall send plaintiff 11 USM-285 forms, one summons, an instruction sheet, and a copy of the amended complaint filed January 5, 2007.

3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

   a. The completed Notice of Submission of Documents;

   b. One completed summons;

   c. One completed USM-285 form for each defendant listed in number 3 above; and

   d. Twelve copies of the endorsed complaint filed January 5, 2007.

4. Plaintiff need not attempt service on defendants and need not request waiver of service.  Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. Plaintiff's April 4, 2007, motion for appointment of counsel is denied.

DATED:   May 14, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHNAE R. HOYT,

      Plaintiff,                   No. CIV S-06-1795 LKK EFB P

      vs.

C/O MANNING, et al.,

      Defendants.         <u>NOTICE OF SUBMISSION</u>

                           /      <u>OF DOCUMENTS</u>

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____.

      One      completed summons

      \_\_\_      completed USM-285 forms

      \_\_\_      copies of the _____
                         Complaint/Amended Complaint

DATED:

                                            Plaintiff