IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHNAE R. HOYT,

      Plaintiff,                      No. CIV S-06-1795 LKK EFB P

      vs.

C/O MANNING, et al.,

       Defendants.         <u>ORDER</u>

                           /

      Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. He requests an extension of time to submit the documents for service pursuant to the court's order filed May 15, 2007. *See* Fed. R. Civ. P. 6(b).

      Plaintiff's June 12, 2007, request is granted and plaintiff has 30 days from the date this order is served to submit the necessary documents for service.

      So ordered.

Dated: July 2, 2007.

                                     EDMUND F. BRENNAN
                                     UNITED STATES MAGISTRATE JUDGE