1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JOHNAE R. HOYT,

11           Plaintiff,              No. CIV S-06-1795 LKK EFB P

12      vs.

13   C/O MANNING, et al.,

14           Defendants.             ORDER

15   _____/

16        Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations.

17   *See* 42 U.S.C. § 1983.  He requests a second extension of time in which to submit the documents

18   for service pursuant to the court's order filed May 15, 2007.  *See* Fed. R. Civ. P. 6(b).

19        Plaintiff's July 24, 2007, request is granted and plaintiff has 60 days from the date this

20   order is served to file his documents for service.

21        So ordered.

22   Dated:  August 23, 2007.

23                                    EDMUND F. BRENNAN
                                      UNITED STATES MAGISTRATE JUDGE
24
25
26