IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHNAE R. HOYT,

        Plaintiff,                    No. CIV S-06-1795 LKK EFB P

    vs.

C/O MANNING, et al.,

        Defendants.           FINDINGS & RECOMMENDATIONS

_____/

       By an order filed May 15, 2007, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms necessary to effect service on defendants. On July 2, 2007 and again on August 23, 2007, plaintiff was granted extensions of time in which to comply. The sixty-day period granted by the court's August 23, 2007, order has passed, and plaintiff has not returned the forms necessary for service or responded in any way to the court's order.

       Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. *See* Fed. R. Civ. P. 41(b); Local Rule 11-110.

       These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, any party may file written

1

objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

DATED:  November 19, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2