IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHNAE R. HOYT,

      Plaintiff,                      No. CIV S-06-1795 LKK EFB P

      vs.

C/O MANNING, et al.,

      Defendants.            <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On November 20, 2007, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has not filed objections to the findings and recommendations.

        Plaintiff filed a request for a 90-day extension of time on January 16, 2008, in which he states that defendants lost his property in July 2007, and just returned it to plaintiff on January 11, 2008. Plaintiff states that this caused him to be unable to comply with the court's May 14, 2007, order dismissing his complaint with leave to amend. By plaintiff's account, he

1

1  had at least 30 days to comply with that order, before defendants lost his property in July.
2  Plaintiff does not offer an explanation for why he failed to timely file an amended complaint
3  before his property was lost.  At any rate, plaintiff has had in excess of seven months without his
4  property with which to file an amended complaint.  Plaintiff has failed to show good cause for
5  granting him a further extension at this late date.
6      The court has reviewed the file and finds the findings and recommendations to be
7  supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY
8  ORDERED that:
9      1. Plaintiff's January 16, 2008, request for a 90-day extension of time is denied;
10     2. The findings and recommendations filed November 20, 2007, are adopted in
11 full; and
12     3. This action is dismissed without prejudice.  See Fed. R. Civ. P. 41(b); Local
13 Rule 11-110.
14 DATED:  February 25, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT