IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHNAE R. HOYT,

       Plaintiff,                    No. CIV S-06-1795 LKK EFB P

      vs.

C/O MANNING, et al.,

       Defendants.          ORDER

_____/

       Plaintiff is a prisoner without counsel suing for alleged civil rights violations. *See* 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

       By order filed May 15, 2007, the magistrate judge screened plaintiff's amended complaint and found service appropriate for 11 defendants. The court subsequently granted plaintiff extensions of time totaling 90 days in which to file his documents for service based on plaintiff's motions in which he stated he was without his legal property. Plaintiff failed to submit his documents for service and the magistrate judge issued findings and recommendations on November 20, 2007, recommending dismissal. Two months later, plaintiff requested an additional 90 days in which to comply with the court's order and submit documents for service, stating that he had for some time been without his legal property but again had it in his

1

possession and would send all documents as soon as possible. That request was denied in this court's February 25, 2008, order adopting the magistrate judge's findings and recommendations. Judgment was entered the same day.

On March 12, 2008, plaintiff filed objections to the court's order, stating that he never received a copy of the November 20, 2007, findings and recommendations because he had been moved to the Sacramento County Jail. He states that he was unable to file a notice of a change of address at this time because he was without his legal property and was therefore unable to reference the docket number for his case. Plaintiff also states that he is mentally ill and that he takes "powerful anti-psychotic (Seroquel) and anti-depressant (Lithium) psychotropic medication," and that this renders litigation of this action difficult. Further, plaintiff claims that prison officials have done "all that they can" to make this litigation impossible, including transferring him to another facility, confiscating his legal property, and denying him access to the law library and materials.

Rule 60(b) of the Federal Rules of Civil Procedure states that "[o]n motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for . . . mistake, inadvertence, surprise, or excusable neglect." Plaintiff has alleged facts suggesting that relief from judgment is appropriate in this case.

Therefore, IT IS HEREBY ORDERED that, upon reconsideration:

1. The order adopting the magistrate judge's findings and recommendations, filed February 25, 2008, is vacated;

2. The Clerk of the Court is directed to send to plaintiff a copy of court's May 15, 2007, service order, a copy of the amended complaint filed January 5, 2007, an instruction sheet, one summons, and 11 USM-285 forms;

3. Within 30 days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

A. The completed Notice of Submission of Documents;

      B.  One completed summons;

      C.  One completed USM-285 form for each defendant indicated in paragraph 1 of the May 15, 2007, service order; and

      D.  Twelve copies of the endorsed complaint filed January 5, 2007.

    4.  Plaintiff's failure to comply with the terms of this order will result in reinstatement of the magistrate judge's November 20, 2007, findings and recommendations and this court's February 20, 2008, order adopting.

DATED: June 16, 2008.

                /s/ Lawrence K. Karlton  
                LAWRENCE K. KARLTON  
                SENIOR JUDGE  
                UNITED STATES DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHNAE R. HOYT,

        Plaintiff,                No. CIV S-06-1795 LKK EFB P

    vs.

C/O MANNING, et al.,               NOTICE OF SUBMISSION
                                    OF DOCUMENTS

        Defendants.
_____/

        Plaintiff hereby submits the following documents in compliance with the court's order filed _____.

        One        completed summons

        ___        completed USM-285 forms

        ___        copies of the _____
                                      Complaint/Amended Complaint

DATED:

                                        _____
                                        Plaintiff