1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JOHNAE HOYT,

11          Plaintiff,                 No. CIV S-06-1795 LKK EFB P

12      vs.

13   MANNING, et al.,

14          Defendants.               ORDER

15   _____/

16          Plaintiff is a state prisoner proceeding without counsel in an action brought under

17   42 U.S.C. § 1983.  On May 15, 2007, the magistrate judge screened plaintiff's amended

18   complaint and ordered plaintiff to submit documents to the court for service or process on

19   defendants.  Plaintiff failed to submit the requested documents and the magistrate judge issued

20   findings and recommendations on November 20, 2007, recommending dismissal.  On February

21   25, 2008, this court adopted the magistrate judge's findings and recommendations and judgment

22   was entered.

23          On March 12, 2008, plaintiff filed objections to this court's order, stating that he

24   never received a copy of the November 20, 2007 findings and recommendations, and described

25   other circumstances that had rendered litigation of this action difficult for him.  On June 16,

26   2008, this court found that plaintiff had alleged facts suggesting that relief from judgment was

1

1   appropriate and vacated its February 25, 2008 order adopting the magistrate judge's findings and

2   recommendations for dismissal.  See Fed. R. Civ. P. 60(b).  The court ordered plaintiff to, within

3   30 days from the date of the order, complete and submit to the court the documents for service.

4   The court also warned plaintiff that his failure to comply with the terms of the order would result

5   in reinstatement of the magistrate judge's November 20, 2007, findings and recommendations

6   and this court's February 25, 2008, order adopting them.

7           Once again, plaintiff failed to submit the requested documents.  Accordingly, on

8   January 27, 2009, this court ordered that the magistrate judge's November 20, 2007, findings and

9   recommendations and this court's February 25, 2008, order adopting them be reinstated and

10  dismissed this action without prejudice.

11          On February 6, 2009, plaintiff filed a document styled, "Motion to Reinstate

12  Complaint," which the court construes as a request for relief from judgment.

13          Pursuant to Fed. R. Civ. P. 60(b):

14          On motion and just terms, the court may relieve a party or its legal
            representative from a final judgment, order, or proceeding for the
15          following reasons: (1) mistake, inadvertence, surprise, or excusable
            neglect; (2) newly discovered evidence that, with reasonable
16          diligence, could not have been discovered in time to move for a
            new trial under rule 59(b); (3) fraud (whether previously called
17          intrinsic or extrinsic), misrepresentation, or misconduct by an
            opposing party; (4) the judgment is void; (5) the judgment has been
18          satisfied, released or discharged; it is based on an earlier judgment
            that has been reversed or vacated; or applying it prospectively is no
19          longer equitable; or (6) any other reason that justifies relief.

20  Plaintiff asserts that he never received this court's June 16, 2008 order granting him an additional

21  30 days to submit the required documents because he was paroled on April 2, 2008, but never

22  notified the court of his change in address.  Plaintiff does not demonstrate he is entitled to relief

23  from judgment, as it is plaintiff's duty to keep the court advised as to his current address.  L.R.

24  83-183(b).

25  ///

26  ///

1        Accordingly, it is hereby ORDERED that plaintiff's February 6, 2009 filing,

2   construed as a request for relief from judgment, is denied.   It is further ORDERED that

3   plaintiff's February 18, 2009 motion for an evidentiary hearing is denied as moot.  The court

4   notes that it will issue no response to future filings by plaintiff in this action not authorized by the

5   Federal Rules of Civil Procedure or Federal Rules of Appellate Procedure.

6   DATED:   August 31, 2009.

7

8

9                                    LAWRENCE K. KARLTON
                                     SENIOR JUDGE
10                                   UNITED STATES DISTRICT COURT

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26